UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 13, 2018            Judge: Hon. James Donato

Time: 10 Minutes

Case No.     **C-18-05072-JD**
Case Name    **Steel v. Alameda County Sheriff's Office, et al.**

Attorney(s) for Plaintiff(s):     Yolanda Huang/Dennis Cunningham
Attorney(s) for Defendant(s):    Temitayo O. Peters/Gregory B. Thomas

Deputy Clerk: Lisa R. Clark            Court Reporter: Marla Knox

PROCEEDINGS

Motion to Dismiss - Held

NOTES AND ORDERS

The motion is under submission. A written order will be filed.