1  GREGORY B. THOMAS, ESQ. (SBN 239870)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  Oakland, CA 94607
   Telephone: (510) 834-4350
4  Facsimile: (510) 839-1897
   gthomas@bjg.com
5
   Attorneys for Defendants COUNTY OF ALAMEDA,
6  sued herein as "ALAMEDA COUNTY SHERIFF'S OFFICE,"
   GREGORY J. AHERN, BRETT M. KETELES,
7  TOM MADIGAN, T. POPE, T. RUSSELL, D.
   SKOLDQVIST, LT. HATTAWAY, SGT. CALAGARI,
8  DEPUTY DIVINE (#512), DEPUTY DEBRA
   FARMANIAN, DEPUTY WEATHERBEE (#238),
9  DEPUTY TANIA POPE, DEPUTY WINSTEAD,
   DEPUTY CAINE and DEPUTY BOCANEGRA
10 ("ALAMEDA COUNTY DEFENDANTS")

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13 CANDACE STEEL, AND BABY H, a minor  )  Case No. 3:18-cv-05072-JD
   by and through CANDACE STEEL,        )
14                                       )  **ALAMEDA COUNTY DEFENDANTS'**
               Plaintiffs,               )  **MOTION FOR ORDER AND**
15                                       )  **[PROPOSED] ORDER PERMITTING**
   v.                                    )  **WITHDRAWAL AND SUBSTITUTION**
16                                       )  **OF COUNSEL**
   ALAMEDA COUNTY SHERIFF'S OFFICE,      )
17 et al.,                               )  (Civ. L.R. 7-11 and 11-5)
                                         )
18             Defendants.               )
                                         )
19 _____)

20                            **MOTION**

21       Pursuant to Civil L.R. 7-11 and 11-5, Defendants COUNTY OF ALAMEDA, sued herein

22 as "ALAMEDA COUNTY SHERIFF'S OFFICE," GREGORY J. AHERN, BRETT M.

23 KETELES, TOM MADIGAN, T. POPE, T. RUSSELL, D. SKOLDQVIST, LT. HATTAWAY,

24 SGT. CALAGARI, DEPUTY DIVINE (#512), DEPUTY DEBRA FARMANIAN, DEPUTY

25 WEATHERBEE (#238), DEPUTY TANIA POPE, DEPUTY WINSTEAD, DEPUTY CAINE and

26 DEPUTY BOCANEGRA ("Alameda County Defendants") hereby move the Court for an order

27 permitting withdrawal of its counsel of record, Gregory B. Thomas of Boornazian, Jensen &

28 Garthe and the appearance of substitute counsel Gregory B. Thomas of Burke, Williams &

- 1 -

1    Sorensen, LLP on behalf of the Alameda County Defendants in this action.  The reason for this

2    request is that counsel of record is leaving the law firm of Boornazian, Jensen & Garthe and

3    joining Burke, Williams & Sorensen, LLP.

4         The Alameda County Defendants consent to this withdrawal and substitution of counsel.

5    Accordingly, the Alameda County Defendants respectfully request that the Court enter an order

6    reflecting this change, and that all necessary chances be made to the Court's records and ECF, and

7    that all future communications regarding this case be directed to the following:

8                            Gregory B. Thomas, Esq.
                            BURKE, WILLIAMS & SORENSEN, LLP
9                            1901 Harrison Street, Suite 900
                            Oakland, CA  94612-3501
10                           Telephone: 510.273.8780
                            Facsimile: 510.839.9104
11                           Email: gthomas@bwslaw.com

12

13        This motion is not made for the purposes of delay or any other improper purpose.

14        WHEREFORE, the Alameda County Defendants respectfully request this Court enter the

15   following Order permitting withdrawal and substitution of counsel for the Alameda County

16   Defendants, and update the Court's ECF system for this case by removing Gregory B. Thomas of

17   Boornazian, Jensen & Garthe and docketing the appearance of Gregory B. Thomas of Burke,

18   Williams & Sorensen, LLP

19   DATED:  January 25, 2019

20                                         BOORNAZIAN, JENSEN & GARTHE
                                          A Professional Corporation
21

22                                         By: /s/ GREGORY B. THOMAS, ESQ.
                                             GREGORY B. THOMAS, ESQ.
23                                           Attorneys for Defendants COUNTY OF
                                             ALAMEDA, sued herein as "ALAMEDA
24                                           COUNTY SHERIFF'S OFFICE," GREGORY J.
                                             AHERN, BRETT M. KETELES, TOM
25                                           MADIGAN, T. POPE, T. RUSSELL, D.
                                             SKOLDQVIST, LT. HATTAWAY, SGT.
26                                           CALAGARI, DEPUTY DIVINE (#512),
                                             DEPUTY DEBRA FARMANIAN, DEPUTY
27                                           WEATHERBEE (#238), DEPUTY TANIA
                                             POPE, DEPUTY WINSTEAD, DEPUTY CAINE
28                                           and DEPUTY BOCANEGRA

1  DATED:  January 25, 2019

2                                                    BURKE, WILLIAMS & SORENSEN, LLP

3                                             By: /s/ *GREGORY B. THOMAS, ESQ.*

4                                                    GREGORY B. THOMAS, ESQ.
                                              Attorneys for Defendants COUNTY OF
5                                             ALAMEDA, sued herein as "ALAMEDA
                                              COUNTY SHERIFF'S OFFICE," GREGORY J.
6                                             AHERN, BRETT M. KETELES, TOM
                                              MADIGAN, T. POPE, T. RUSSELL, D.
7                                             SKOLDQVIST, LT. HATTAWAY, SGT.
                                              CALAGARI, DEPUTY DIVINE (#512),
8                                             DEPUTY DEBRA FARMANIAN, DEPUTY
                                              WEATHERBEE (#238), DEPUTY TANIA
9                                             POPE, DEPUTY WINSTEAD, DEPUTY CAINE
10                                                      and DEPUTY BOCANEGRA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Alameda County Defendants' Motion for Order and [Proposed] Order Permitting Withdrawal and Substitution of
Counsel – Case No. 3:18-cv-05072-JD

1
<b>[PROPOSED] ORDER</b>

2       Having reviewed and considered the Motion for Order Permitting Withdrawal and

3   Substitution of Counsel filed by Defendants COUNTY OF ALAMEDA, sued herein as

4   "ALAMEDA COUNTY SHERIFF'S OFFICE," GREGORY J. AHERN, BRETT M. KETELES,

5   TOM MADIGAN, T. POPE, T. RUSSELL, D. SKOLDQVIST, LT. HATTAWAY, SGT.

6   CALAGARI, DEPUTY DIVINE (#512), DEPUTY DEBRA FARMANIAN, DEPUTY

7   WEATHERBEE (#238), DEPUTY TANIA POPE, DEPUTY WINSTEAD, DEPUTY CAINE and

8   DEPUTY BOCANEGRA ("Alameda County Defendants"), and good cause appearing, the Court

9   hereby orders that Gregory B. Thomas of Boornazian, Jensen & Garthe be permitted to withdraw

10  as counsel and that Gregory B. Thomas of Burke, Williams & Sorensen, LLP may appear as

11  substitute counsel of record for the Alameda County Defendants.  The Court's ECF system shall

12  be updated to reflect these changes.

13       **IT IS SO ORDERED.**

14  Dated: __January 29,_____ 2019

15

16                                            APPROVED
                                          Judge James Donato

17                                        District Judge

18

19  28228\794456

20

21

22

23

24

25

26

27

28