| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Gregory B. Thomas (SBN 239870)<br>E-mail: gthomas@bwslaw.com<br>Temitayo O. Peters (SBN 309913)<br>E-mail: tpeters@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP<br>1901 Harrison Street, Suite 900<br>Oakland, CA 94612-3501<br>Tel: 510.273-8780 Fax: 510.839.9104<br><br>Attorneys for Defendants<br>COUNTY OF ALAMEDA DEFENDANTS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE STEEL, AND BABY H, a minor by and through CANDACE STEEL,<br><br>Plaintiffs,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, GREGORY J. AHERN, BRETT M. KETELES, TOM MADIGAN, T. POPE, T. RUSSELL, D. SKOLDQVIST, LT. HATTAWAY, SGT. CALAGARI, DEPUTY DIVINE (#512), DEPUTY DEBRA FARMANIAN, DEPUTY WEATHERBEE (#238), DEPUTY TANIA POPE, DEPUTY WINSTEAD, DEPUTY CAINE, DEPUTY BOCANEGRA, ALAMEDA COUNTY and John & Jane DOEs, Nos. 1 – 50, The CALIFORNIA FORENSIC MEDICAL GROUP, a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 1-50,<br><br>Defendants. | Case No. 3:18-cv-05072-JD<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT D. SKOLDQVIST**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

**TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants of the above-entitled action, by and through their counsel of record, hereby stipulate to dismiss this action with prejudice as to defendant D. Skoldqvist, with each party bearing that party's own attorney's fees and costs.

Dated: August 19, 2019                  BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Gregory B. Thomas*
Gregory B. Thomas
Temitayo O. Peters
Attorneys for Defendants
COUNTY OF ALAMEDA DEFENDANTS

Dated: August 19, 2019                  LAW OFFICES OF YOLANDA HUANG

By: */s/ Yolanda Huang*
Yolanda Huang
Attorneys for Plaintiff
CANDACE STEEL

Dated: August 19, 2019                  BERTLING LAW GROUP, INC.

By: */s/ Peter G. Bertling*
Peter G. Bertling
Attorneys for Defendant
CALIFORNIA FORENSIC MEDICAL GROUP

## **DECLARATION REGARDING AUTHORIZATION**

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained authorization in the filing of this document from the other signatories listed here.

By: */s/ Gregory B. Thomas*
Gregory B. Thomas, Esq.