LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorneys for Plaintiffs
Candace Steel and Baby H

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CANDACE STEEL, and BABY H, a minor by and through CANDACE STEEL,<br><br>Plaintiffs,<br><br>vs.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, GREGORY J. AHERN, BRETT M. KETELES, TOM MADIGAN, T. POPE, T. RUSSELL, D. SKOLDQVIST, LT. HATTAWAY, SGT. CALAGARI, SADIE DIVINE (#512), DEBRA FARMANIAN, ERICA WEATHERBEE (#238), MONICA POPE, DEPUTY WINSTEAD, KYA CAINE, DEPUTY BOCANEGRA, ALAMEDA COUNTY and John & Jane DOEs, Nos. 1 - 50.<br>**and,**<br>**The CALIFORNIA FORENSIC MEDICAL GROUP**, a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 1-50,<br><br>Defendants. | Case No.: 3:18-cv-05072 - JD<br><br>**STIPULATION FOR MAGISTRATE JUDGE BEELER TO PRESIDE OVER MINOR'S COMPROMISE AND REMAINING SETTLEMENT DETAILS.** |

WHEREAS, on August 4, 202, Magistrate Judge Beeler presided over voluntary settlement discussions, and the parties were able to reach a mutually agreeable settlement.

WHEREAS, the parties are currently reducing the agreement, which includes a minor's compromise and a structured settlement, to writing;

1

**STIPULATION FOR JUDGE BEELER TO PRESIDE OVER MINOR'S COMPROMISE AND OTHER SETTLEMENT DETAILS**
*Steel v. Alameda County Sheriff's Office et al.,*  United States District Court, Northern District of California, Case No. 3:18-cv-05072 JD

WHEREAS, Judge Beeler, agreed to preside over the minor's compromise and all remaining aspects of finalizing the settlement agreement, subject to the Court's approval;

IT IS HEREBY STIPULATED by and between the parties, that the minor's compromise, the structured settlement and motion to approve both, and all remaining settlement details to finalize the settlement shall be heard by Magistrate Judge Beeler.

SO STIPULATED.

Dated: August 23, 2021                LAW OFFICE OF YOLANDA HUANG

                                      By: _/s/ Yolanda Huang_____
                                           YOLANDA HUANG
                                           ATTORNEY FOR PLAINTIFFS

Dated: August 23, 2021                BERTLING LAW GROUP

                                      By: _/s/ Peter Bertling_
                                           PETER BERTLING
                                           ATTORNEY FOR Defendant CFMG

Dated: August 23, 2021                BURKE, WILLIAMS & SORENSEN, LLP

                                      By: _/s/ Temitayo O. Peters_
                                      Gregory B. Thomas
                                      Temitayo O. Peters
                                      Attorneys for Defendant
                                      ALAMEDA COUNTY SHERIFF'S OFFICE

### DECLARATION REGARDING CONCURRENCE

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from Peter Bertling and Temitayo Peters on August 23, 2021.

                                      By: __/s/ Yolanda Huang_____
                                           YOLANDA HUANG, ESQ.

[Proposed] ORDER

Pursuant to Stipulation, and as it is a convenience to the Court.

IT IS HEREBY ORDERED, that Magistrate Judge Beeler, shall preside over the remaining details of finalizing the settlement in this matter, including the review and approval of the minor's compromise and structured settlement.

Dated:

_____
UNITED STATES DISTRICT JUDGE

3

**STIPULATION FOR JUDGE BEELER TO PRESIDE OVER MINOR'S COMPROMISE AND OTHER SETTLEMENT DETAILS**
*Steel v. Alameda County Sheriff's Office et al.,*  United States District Court, Northern District of California, Case No. 3:18-cv-05072 JD