LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

Attorneys for Plaintiffs
Candace Steel and Baby H

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| CANDACE STEEL, and BABY H, a minor by and through CANDACE STEEL,<br><br>Plaintiffs,<br><br>vs.<br><br>**ALAMEDA COUNTY SHERIFF'S OFFICE**, GREGORY J. AHERN, BRETT M. KETELES, TOM MADIGAN, T. POPE, T. RUSSELL, D. SKOLDQVIST, LT. HATTAWAY, SGT. CALAGARI, SADIE DIVINE (#512), DEBRA FARMANIAN, ERICA WEATHERBEE (#238), MONICA POPE, DEPUTY WINSTEAD, KYA CAINE, DEPUTY BOCANEGRA, ALAMEDA COUNTY and John & Jane DOEs, Nos. 1 - 50.<br>**and,**<br>The **CALIFORNIA FORENSIC MEDICAL GROUP**, a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 1-50,<br><br>Defendants. | Case No.: 3:18-cv-05072 - JD<br><br>[~~Proposed~~]<br>**ORDER GRANTING MINOR BABY H'S MOTION FOR MINOR'S COMPROMISE**<br><br>**Date:    September 30, 2021**<br>**Time:  9:30 a.m.**<br><br>**Courtroom B, 15th Floor**<br><br>Hon. Laurel Beeler, presiding |

The Court finds that the global settlement of $250,000, with $50,000 allocated for the minor, with no deductions for attorneys fees and costs, is fair and reasonable.

For Plaintiff Baby H's portion of the settlement, the Court APPROVES the following:

1       $50,000 payable to American General Annuity Service Corporation to fund the Periodic

2 Payments below:

3     a) $5,000 guaranteed lump sum payment at Baby H's age 18;

4     b) $500.00 payable monthly, guaranteed for 3 years, which is 36 payments (Age 18-20);

5     c) $751.01 payable monthly, guaranteed for 6 years, which is 72 payments (Age 21-27).

    IT IS SO ORDERED.

6 DATED:    September 2, 2021

7

8 

9 _____

MAGISTRATE JUDGE OF THE DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[Proposed] ORDER GRANTING PLAINTIFF BABY H'S MOTION FOR MINOR'S COMPROMISE**
*Steel v. Alameda County Sheriff's Office et al.,*  United States District Court, Northern District of California, Case No. 3:18-cv-05072 JD